# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES, ex rel.<br>THARIUS DOWELL, | * | CIVIL ACTION |
| | * | NO. 08-4740 |
| Plaintiff, | * | |
| | * | SECTION: "N" |
| VS. | * | |
| | * | MAGISTRATE: 2 |
| ANTHONY PENN, METRO DISPOSAL,<br>INC., AND KENNETH JOHNSON, | * | |
| Defendants. | * | |

## ORDER

*Considering the Ex Parte Motion for Order Continuing Date for Submission of Defendant Penn's Motion to Dismiss Plaintiff/Relator's Qui Tam Complaint:*

**IT IS HEREBY ORDERED** that Defendant Penn's Motion to Dismiss Plaintiff/Relator's *Qui Tam* Complaint shall be submitted on February 19, 2014 at 9:30 a.m. before the Honorable Kurt D. Englehart, United States District Judge for the Eastern District of Louisiana.

New Orleans, Louisiana, this 23rd day of January, 2014.

_____
JUDGE